Hyman Rintel, Respondent, *v.* Morris Steinberg, Appellant.

(Submitted October 23, 1929; decided November 19, 1929.)

· *Emanuel Mehl* for appellant.

*Alexander Adlerman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.